United States District Court
Northern District of Indiana
Fort Wayne Division

| | |
|---|---|
| STATE OF INDIANA,<br>    *Plaintiff,*<br>v.<br>JOSEPH R. BIDEN, JR., *et al.*,<br>    *Defendants.* | Civil Action No. 1:22-cv-192 HAB-SLC |

## JOINT STATUS REPORT

The parties jointly submit this status report in accordance with the Court's March 30, 2023 Order [Doc. 26].

1. On March 28, 2023, the parties jointly sought a stay of this case pending the resolution of *Florida v. United States*, 21-CV-1066, because that case resulted in an order vacating and remanding the Parole + ATD policy and finding the non-detention policy was not subject to judicial review.

2. The same policies are challenged in this action and the decisions in the *Florida* matter will directly impact this case.

3. On May 9, 2023, the United States' appeal of the *Florida* matter was docketed in the 11th Circuit under Docket Number 23-11528.

4. The United States' brief in support of its appeal was filed on June 12, 2023.

5. Florida's brief in the appeal was filed on June 26, 2023.

6. A reply brief will be filed on July 3, 2023, by the United States and then the matter will be ready for oral argument.

7. The parties suggest that the stay should remain in place pending the resolution of the appeal before the 11th Circuit.

        Respectfully submitted,

        Theodore E. Rokita, #18857-49
        Indiana Attorney General

Date: 6/29/2023         *s/Betsy M. DeNardi*
        Betsy DeNardi, 23856-71
        Director of Complex Litigation
        *Counsel for Plaintiff*

CLIFFORD D. JOHNSON     BRIAN M. BOYNTON
*United States Attorney*     *Principal Deputy Assistant Attorney General*

WAYNE T. AULT     WILLIAM C. PEACHEY
*Assistant United States Attorney*     *Director*
Northern District of Indiana     Office of Immigration Litigation
        District Court Section

        EREZ REUVENI
        *Assistant Director*

        */s/ Erin T. Ryan*
        ERIN T. RYAN
        *Trial Attorney*
        U.S. Department of Justice
        Civil Division
        Office of Immigration Litigation
        District Court Section
        P.O. Box 868, Ben Franklin Station
        Washington, DC 20044
        Tel.: (202) 532-5802
        Erin.t.ryan@usdoj.gov

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

Erin T. Ryan
US Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
PO Box 868, Ben Franklin Station
Washington, DC 20044
Erin.t.ryan@usdoj.gov

                                                *s/Betsy M. DeNardi*
                                                Betsy M. DeNardi
                                                Director of Complex Litigation

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 232-6231
Fax:     (317) 232-7979
Email:  Betsy.DeNardi@atg.in.gov